

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| | § | No. 08-13-00294-CV |
| IN RE: RENE ORDONEZ, | | |
| DEPENDENT ADMINISTRATOR, | § | AN ORIGINAL PROCEEDING |
| | § | |
| Relator. | § | IN MANDAMUS |
| | § | |

# **J U D G M E N T**

The court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Linda Chew, Judge of the 327th District Court of El Paso, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this court.

IT IS SO ORDERED THIS 15TH DAY OF JANUARY, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
(Rodriguez, J., not participating)